FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-21-00553-CV

**IN THE INTEREST OF L.M.C.**, a Child
Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-16354
Honorable Martha Tanner, Judge Presiding

# O R D E R

Cathleen Lockhart, counsel for Appellee Matthew Cervantes, has filed a motion to withdraw as counsel, stating that good cause exists for withdrawal as counsel is unable to continue representation due to an employment opportunity with Bexar County. Counsel's motion complies with Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a). The motion certifies that a copy of the motion was delivered to appellee and that he was notified of his right to object. Appellee has not objected. Therefore, we GRANT counsel's motion to withdraw as counsel for appellee.

We ORDER Cathleen Lockhart to notify Appellee Matthew Cervantes in writing that she has been allowed to withdraw as his attorney and that this appeal has been submitted on briefs to a panel consisting of Chief Justice Rebeca C. Martinez, Justice Irene Rios, and Justice Liza A. Rodriguez. *See* TEX. R. APP. P. 6.5(c).

All notices from this court will be sent to Matthew Cervantes, P.O. Box 672, Atascosa, TX, 78002, Mcer01@yahoo.com.

It is so **ORDERED** on September 14, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT